Jeffrey M. Goldman (SBN 233840)
E-mail: jeffrey.goldman@troutman.com
Luke N. Eaton (SBN 280387)
E-mail: luke.eaton@troutman.com
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
350 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: 213.928.9800
Fax: 213.928.9850

Hamid R. Rafatjoo (SBN 181564)
E-mail: hrafatjoo@raineslaw.com
**RAINES FELDMAN LLP**
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: 310.440.4100
Fax: 310.691.1367

Attorneys for Judgment Creditor
SOUTHWEST GUARANTY INVESTORS, LTD.

FILED & ENTERED

DEC 14 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MARK ABBEY SLOTKIN,<br><br>Debtor. | Case No. 2:20-bk-12042-BB<br><br>Chapter 7<br><br>**ORDER ON SOUTHWEST GUARANTY INVESTORS, LTD.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY GOLDEN OAK PARTNERS, LLC**<br><br>Date:    December 9, 2020<br>Time:   11:00 a.m.<br>Place:  Courtroom 1539<br>         255 E. Temple St.<br>         Los Angeles, CA 90012<br><br>Judge:  Hon. Sheri Bluebond |

A hearing was held on December 9, 2020, at 11:00 a.m., before the Honorable Sheri Bluebond, United States Bankruptcy Judge for the Central District of California, in Courtroom 1539 located at 255 E. Temple Street, Los Angeles, California 90012 on the motion of Southwest Guaranty Investors, Ltd. ("Southwest Guaranty") for an order compelling Golden Oak Partners, LLC ("Golden Oak") to produce documents in response to Southwest Guaranty's subpoena (the "Motion") [Docket No. 145] issued pursuant to the Court's order granting Southwest Guaranty's

2751795.1

Motion for Order Authorizing the Examination of the person most knowledgeable of Golden Oak and the Production of Documents Pursuant to Fed. R. Bank. P. 2004 [Docket No. 105]. On November 9, 2020, the Court entered an Interim Order on Southwest Guaranty's Motion [Docket No. 184]. Appearances were made as noted on the record.

The Court, having read and considered the supplemental pleadings submitted herein and considered the oral arguments, and with good cause shown,

**IT IS ORDERED:**

1. Monetary sanctions are awarded in favor of Southwest Guaranty and against Golden Oak in the amount of **$4,638.14** (the "Sanctions").

2. Within thirty (30) days of the entry of this order, Golden Oak shall pay the Sanctions allocated between counsel--$1,138.14 payable to Raines Feldman LLP and $3,500 payable to Troutman Pepper Hamilton Sanders LLP--by checks deposited in overnight mail at the address set forth on the caption of this Order.

3. On or before **December 30, 2020**, Mark Slotkin shall file and serve a Declaration under penalty of perjury, as the manager of Golden Oak, attesting that he, on his own behalf and on behalf of Golden Oak, has produced all documents under his possession, custody, and control.

4. A continued Status Conference regarding discovery shall be held on **January 13, 2021** at **11:00 a.m.** in Courtroom 1539.

5. The deposition of Golden Oak's person most knowledgeable shall take place no later than two (2) weeks after the January 13, 2021 status conference, on a date to be selected by counsel for Southwest Guaranty.

//
//
//
//
//
//
//

6.   This Order shall be deemed a final order of the Court and its judgment for the Sanctions against Golden Oak pursuant to Fed. R. Bank. P. 9001(7).

### 

Date: December 14, 2020

Sheri Bluebond
United States Bankruptcy Judge

3

2751795.1